**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:    Lance Edward Brown, Debtor**                    **Case No. 25-10926-JDW**
                                                           **CHAPTER 13**

<u>**CERTIFICATE OF COMPLIANCE OF PROVISION OF**</u>
<u>**PAYMENT ADVICES TO CASE TRUSTEE**</u>

COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above named Debtor

and files this certificate of compliance with the Court that payment advices required by 11

U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee,

Todd S. Johns, P.O. Box 1326, Brandon, MS 39043, pursuant to standing order of the United

States Bankruptcy Court for the Northern District of Mississippi.

WITNESS my signature on April 15, 2025.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with
the Court, a true and correct copy of the above and foregoing Certification on April 15, 2025. All
interested parties will receive electronic notification from the Court.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.