Certificate Number: 12433-MSN-DE-039649780

Bankruptcy Case Number: 25-10926



12433-MSN-DE-039649780

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 11, 2025, at 7:45 o'clock PM CDT, Lance Brown completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date: May 12, 2025

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher