SO ORDERED,



Judge Jason D. Woodard
United States Bankruptcy Judge



The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Lance Edward Brown, Debtor             Case No. 25-10926-JDW
                                                Chapter 13

### ORDER CONFIRMING CHAPTER 13 PLAN

The debtor's plan was filed on 03/25/2025 and amended/modified by subsequent order(s) of the court, if any. The plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT:
1. The debtor's chapter 13 plan attached hereto is confirmed.
2. The following motions are granted *(if any)*:
   a. Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims made under Rule 3012 (§ 3.2 of the plan);
   b. Motion to avoid lien pursuant to Section 522 (§ 3.4 of the plan).
3. The stay under Section 362(a) is terminated as to the collateral only and the stay under Section 1301 is terminated in all respects regarding collateral listed in Section 3.5 of the plan *(if any)*.
4. All property shall remain property of the estate and shall vest in the debtor only upon entry of discharge. The debtor shall be responsible for the preservation and protection of all property of the estate not transferred to the trustee.
5. The debtors' attorney is awarded a fee in the amount of $4,000.00 of which $4,000.00 is due and payable from the estate.

##END OF ORDER##

Approved:
**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr. (MSBN 103469) Attorney for the Debtor

Submitted by:
Todd S. Johns, Ch. 13 Trustee
P.O. Box 1326
Brandon, MS 39043-1326
(601) 825-7663

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Lance Edward Brown** |
| | Full Name (First, Middle, Last) |
| Debtor 2 | |
| (Spouse, if filing) | Full Name (First, Middle, Last) |
| United States Bankruptcy Court for the | **NORTHERN DISTRICT OF MISSISSIPPI** |
| Case number: | |
| (If known) | |

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance       12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ■ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ■ Included | ☐ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1    Length of Plan.**

The plan period shall be for a period of __60__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2    Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay  $719.00  ~~$748.57~~  (☐ monthly, ☐semi-monthly, ☐weekly, or ■ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

Refuel Operating Company
4105 Faber Place 300
North Charleston SC 29405-0000

Debtor    **Lance Edward Brown**                                    Case number _____

Joint Debtor shall pay ____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

### 2.3 Income tax returns/refunds.

*Check all that apply*

■ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

### 2.4 Additional payments.
*Check one.*

■ None. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## Part 3:    Treatment of Secured Claims

**3.1    Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☐ None. *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a)    Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. §
■    1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

1    Mtg pmts to    **Mr Cooper**
Beginning **April 2025**    @    **$863.00**    ☐ Plan    ■ Direct.    Includes escrow ■ Yes ☐ No

-NONE-    Mtg arrears to _____ Through _____

**3.1(b) ☐    Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property    -NONE-
address:
Mtg pmts to
Beginning  month    @    Plan    Direct.    Includes escrow  Yes  No

Property -NONE-  Mtg arrears to _____ Through _____

**3.1(c) ☐    Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor:    **-NONE-**    Approx. amt. due: _____    Int. Rate*: _____
Property Address: _____
Principal Balance to be paid with interest at the rate above: _____
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $ _____
(Equal to Total Debt less Principal Balance)

Special claim for taxes/insurance: $ _____    **-NONE-** /month, beginning    month .

Debtor    **Lance Edward Brown**    Case number

(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
*Insert additional claims as needed.*

3.2    **Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one..*

- ☐ None. *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
  *The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.*

- ■ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

  The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| John Deere Financial | 12713.80 ~~$13,590.60~~ | 2021 John Deere 3032 Tractor | $25,000.00 | 12713.80 ~~$13,590.60~~ | 10.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| USAA Federal | 4601.73 ~~$5,264.00~~ | 2013 Ford F150 227000 miles | $10,078.00 | 460.73 ~~$5,264.00~~ | 10.00% |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | | Beginning month |
|---|---|---|---|---|
| -NONE- | | | | |

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

For vehicles identified in § 3.2: The current mileage is _____

3.3    Secured claims excluded from 11 U.S.C. § 506.

*Check one.*
- ■ None. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4    Motion to avoid lien pursuant to 11 U.S.C. § 522.

*Check one.*
- ■ None. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5    Surrender of collateral.

*Check one.*

| Debtor | Lance Edward Brown | Case number | |
|---|---|---|---|

- ☐ None. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
- ■ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| PayTomorrow | PMSI Engine |
| Republic Finance | Household Goods |

*Insert additional claims as needed.*

### Part 4: Treatment of Fees and Priority Claims

**4.1  General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2  Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3  Attorney's fees.**

■ No look fee:  __4,000.00__

| Total attorney fee charged: | $4,000.00 |
| Attorney fee previously paid: | $0.00 |
| Attorney fee to be paid in plan per confirmation order: | $4,000.00 |

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**4.4  Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
■ None. If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5  Domestic support obligations.**

■ None. *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

### Part 5: Treatment of Nonpriority Unsecured Claims

**5.1  Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
☐ The sum of $
■ __100.00__ % of the total amount of these claims, an estimated payment of $ __59,478.87__
☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $__18,009.06__
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2  Other separately classified nonpriority unsecured claims (special claimants).** *Check one.*

Debtor **Lance Edward Brown** Case number

- ■ None. If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

### Part 6: Executory Contracts and Unexpired Leases

6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected. *Check one.*

- ☐ None. *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*
- ■ Assumed items. Current installment payments will be disbursed either by the trustee or directly by the debtor(s), as specified below, subject to any contrary court order or rule. Arrearage payments will be disbursed by the trustee. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of creditor | Description of leased property or executory contract | Current installment payment | Amount of arrearage to be paid | Treatment of arrearage |
|---|---|---|---|---|
| RTO National | 12x20 storage building | $405.41 | $0.00 | if any exists, to be paid direct by debtor |
| | | Disbursed by:<br>☐ Trustee<br>■ Debtor(s) | | |

*Insert additional contracts or leases as needed.*

### Part 7: Vesting of Property of the Estate

7.1 Property of the estate will vest in the debtor(s) upon entry of discharge.

### Part 8: Nonstandard Plan Provisions

8.1 Check "None" or List Nonstandard Plan Provisions
   ☐ None. *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.
If applicable, ad valorem taxes, past/present/future, if not paid by the mortgage company, shall be paid direct to the taxing authority by the Debtor and not paid through the Chapter 13 Plan.

### Part 9: Signatures:

9.1 Signatures of Debtor(s) and Debtor(s)' Attorney
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X **/s/ Lance Edward Brown**                              X _____
**Lance Edward Brown**                                    Signature of Debtor 2
Signature of Debtor 1

Executed on **March 24, 2025**                            Executed on _____

**520 Montgomery St**                                     _____
Address                                                   Address
**Winona MS 38967-0000**                                  _____
City, State, and Zip Code                                 City, State, and Zip Code

_____                                    _____
Telephone Number                                          Telephone Number

| Debtor | **Lance Edward Brown** | Case number | |
|---|---|---|---|

X  **/s/ Thomas C. Rollins, Jr.**                                Date  **March 24, 2025**
   **Thomas C. Rollins, Jr. 103469**
   Signature of Attorney for Debtor(s)
   **P.O. Box 13767**
   **Jackson, MS 39236**
   Address, City, State, and Zip Code
   **601-500-5533**                                              **103469 MS**
   Telephone Number                                              MS Bar Number
   **trollins@therollinsfirm.com**
   Email Address

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-10926-JDW |
| Lance Edward Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 3 |
| Date Rcvd: May 15, 2025 | Form ID: pdf0004 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lance Edward Brown, 520 Montgomery St, Winona, MS 38967-1912 |
| 4531727 | + | Akins & Adams, 108 E Jefferson St, Ripley, MS 38663-2016 |
| 4531742 | + | RTO National, P.O. Box 669138, Dallas, TX 75266-9138 |
| 4531744 | + | The Parnell Law Group, PO Box 2189, Montgomery, AL 36102-2189 |
| 4531747 | + | Zwicker and Associates, 400 Vestavia Pkwy, Ste 204, Birmingham, AL 35216-3784 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4531726 | + | Email/Text: bankruptcy@af247.com | May 15 2025 23:38:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 4534467 | + | Email/Text: bkfilings@zwickerpc.com | May 15 2025 23:38:00 | American Express National Bank, c/o Zwicker & Associates, PC, 80 Minuteman Road, PO Box 9043, Andover, MA 01810-0943 |
| 4541719 | + | Email/Text: bkfilings@zwickerpc.com | May 15 2025 23:38:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 4531728 | + | Email/PDF: bncnotices@becket-lee.com | May 16 2025 01:24:11 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 4540970 | + | Email/Text: Contact@finbounce.com | May 15 2025 23:38:00 | Bounce AI, Inc, 333 Metro Park, STE S-205, Rochester, NY 14623-2632 |
| 4531730 | + | Email/Text: bankruptcy@ccbankutah.com | May 15 2025 23:38:00 | CC Bank, Attn: Bankruptcy, 3280 N University Ave, Provo, UT 84604-4405 |
| 4531729 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 23:35:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4531731 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2025 23:34:14 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 4534180 | | Email/Text: litbkcourtmail@johndeere.com | May 15 2025 23:38:00 | Deere & Company, PO Box 6600, Johnston, IA 50131 |
| 4536437 | | Email/Text: bankruptcy@frost-arnett.com | May 15 2025 23:38:00 | FROST ARNETT AGT FOR ASSOCIATED PATHOLOGISTS LLC, PO BOX 198988, NASHVILLE, TN 37219 |
| 4531732 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 15 2025 23:38:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 4549270 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2025 23:38:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 4531733 | | ^ MEBN | May 15 2025 23:26:15 | John Deere Financial, P.O. Box 650215, Dallas, TX 75265-0215 |

Case 25-10926-JDW   Doc 14   Filed 05/17/25   Entered 05/17/25 23:28:33   Desc Imaged
Certificate of Notice   Page 9 of 10

| District/off: 0537-1 | User: autodocke | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: May 15, 2025 | Form ID: pdf0004 | Total Noticed: 36 |

| | | | | |
| --- | --- | --- | --- | --- |
| 4531734 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 15 2025 23:34:46 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 4531735 | + | Email/Text: collectionslist@mccu.com | May 15 2025 23:38:00 | Members Choice Credit, 18211 Katy Freeway, Houston, TX 77094-1396 |
| 4531736 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 15 2025 23:38:00 | Mercury, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 4531737 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 23:38:00 | Mr Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 4536979 | + | Email/Text: ecfbnc@aldridgepite.com | May 15 2025 23:38:00 | Nationstar Mortgage, LLC, c/o Janet Spears, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 4531738 | + | Email/Text: opportunitynotices@gmail.com | May 15 2025 23:38:00 | OppLoans, Attn: Bankruptcy, 130 E Randolph St,, Chicago, IL 60601-6207 |
| 4531739 | ^ | MEBN | May 15 2025 23:26:14 | PayTomorrow, Attn: Bankruptcy, 9920 Kincey Ave #190, Huntersville, NC 28078-2428 |
| 4545951 | | Email/Text: bnc-quantum@quantum3group.com | May 15 2025 23:38:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4532998 | + | Email/Text: bankruptcy@regionalmanagement.com | May 15 2025 23:38:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 4531741 | | Email/Text: bankruptcy@republicfinance.com | May 15 2025 23:38:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 4531740 | + | Email/Text: bankruptcy@regionalmanagement.com | May 15 2025 23:38:00 | Regional Finance, Attn: Bankruptcy, 979 Batesville Rd, Ste B, Greer, SC 29651-6819 |
| 4531743 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 23:46:33 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4533579 | | Email/Text: bknotice@upgrade.com | May 15 2025 23:38:00 | Upgrade, Inc., 2 N Central Ave Floor #10, Phoenix, AZ 85004 |
| 4531746 | + | Email/Text: bkelectronicnotices@usaa.com | May 15 2025 23:38:00 | USAA Federal, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 4545439 | + | Email/Text: RASEBN@raslg.com | May 15 2025 23:38:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 4536000 | + | Email/Text: RASEBN@raslg.com | May 15 2025 23:38:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 4531745 | + | Email/Text: LCI@upstart.com | May 15 2025 23:38:00 | Upstart Loan, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 4534702 | ^ | MEBN | May 15 2025 23:26:10 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Debtor Lance Edward Brown trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3