SO ORDERED,



Judge Jason D. Woodard

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                  **CHAPTER 13 NO:**
LANCE EDWARD BROWN                                     25-10926-JDW

### AGREED ORDER

THIS CAUSE came on for consideration on the Oral Motion of the Trustee to add the postpetition fees, expense and charges in connection with Lakeview Loan's Notice of Postpetition Mortgage Fees, Expenses and Charges [DK#17].

THAT, the Debtor has no objection to the Notice, and no other party would be prejudiced to adding these fees.

THAT, Lakeview Loan's Bankruptcy/Proof of Claim fees on June 3, 2025, in the amount of $200.00 are hereby approved.

THAT, the Trustee would show that the plan should be modified wherein the aforesaid fees are added to the plan as a separate claim over the balance of the plan period, with the wage order increased accordingly, if necessary.

### ###END OF ORDER###

APPROVED:

/s/Jeffrey K. Tyree_____
JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@vardaman13.com

/s/ Thomas C. Rollins, Jr. w/ permission
Attorney for the Debtor
Thomas C. Rollins, Jr.
PO Box 627
Ridgeland, MS 39158-0627
trollins@therollinsfirm.com; 601-500-5533; MSB#103469