SO ORDERED,



Judge Jason D. Woodard
United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                CHAPTER 13 NO:
LANCE EDWARD BROWN                               25-10926-JDW

### AGREED ORDER

THIS CAUSE came on for consideration on the Oral Motion of the Trustee to add the postpetition fees, expense and charges in connection with Lakeview Loan's Notice of Postpetition Mortgage Fees, Expenses and Charges [DK#17].

THAT, the Debtor has no objection to the Notice, and no other party would be prejudiced to adding these fees.

THAT, Lakeview Loan's Bankruptcy/Proof of Claim fees on June 3, 2025, in the amount of $200.00 are hereby approved.

THAT, the Trustee would show that the plan should be modified wherein the aforesaid fees are added to the plan as a separate claim over the balance of the plan period, with the wage order increased accordingly, if necessary.

###END OF ORDER###

APPROVED:

/s/Jeffrey K. Tyree
JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@vardaman13.com

/s/ Thomas C. Rollins, Jr. w/ permission
Attorney for the Debtor
Thomas C. Rollins, Jr.
PO Box 627
Ridgeland, MS 39158-0627
trollins@therollinsfirm.com; 601-500-5533; MSB#103469

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-10926-JDW |
| Lance Edward Brown | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 1 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf0003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lance Edward Brown, 520 Montgomery St, Winona, MS 38967-1912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Debtor Lance Edward Brown trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3